**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

     - against -

**VICTOR GRULLON,**

              **Defendant.**
―――――――――――――――――――――――――――――――

**99-cr-1142-008 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

    The Court appointed the Federal Defenders to represent the defendant. See Dkt. No. 200. The Federal Defenders are asked to advise the Court by **April 30, 2020** of the time needed to file a memo in support of the defendant's motion.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **March 31, 2020**              _____/s/ John G. Koeltl_____
                                                          **John G. Koeltl**
                                                 **United States District Judge**