**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------

**UNITED STATES OF AMERICA**

       - against -

**VICTOR GRULLON,**

              Defendant.
------------------------------------

99-cr-1142-008 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The Government should file a reply to the defendant's April 14, 2020 letter by **April 28, 2020.**

**SO ORDERED.**

**Dated:**  New York, New York
April 15, 2020

                                        /s/ John G. Koeltl
                                        **John G. Koeltl**
                              **United States District Judge**

1