**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**UNITED STATES OF AMERICA**

        - against -

**VICTOR GRULLON,**

                Defendant.
------------------------------------------------

**99-cr-1142-008 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

By **May 1, 2020,** the parties should address how the decision in United States v. Holloway, No. 19-1035-CR, 2020 WL 1966840 (2d Cir. April 24, 2020), affects this case.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 28, 2020**

                                                  _____/s/ John G. Koeltl_____
                                                    **John G. Koeltl**
                                             **United States District Judge**