**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- against -

**VICTOR GRULLON,**

                 **Defendant.**

---

99-cr-1142-008 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on Section 404(b) of the First Step Act of 2018, P.L. 115-391, § 404(b), 132 Stat. 5194, 5220 (2018), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, it is hereby ORDERED that the defendant, having had his sentence reduced to Time Served via Memorandum Opinion and Order dated May 28, 2020, is released, pending no detainers, from the custody of the Bureau of Prisons and the United States Marshal.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **May 28, 2020**

                                                  /s/ John G. Koeltl
                                              **John G. Koeltl**
                                    **United States District Judge**